# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

ANGEL JAMES FISHER,

     *Plaintiff,*

V.                          CASE NO. 5:16-cv-108-MW/CJK

CHARLES B. JONES,

     *Defendant.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 129, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 130. Upon consideration,

**IT IS ORDERED**:

The report and recommendation is accepted and adopted as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's motion seeking order from the Court, ECF No. 104, and motion to reconsider a final order under Rule 60(b)(2), ECF No. 123, are **DENIED**." The Clerk shall set this matter for a trial on the limited issues outlined in the Report and Recommendation. *See* ECF Nos. 79 & 81. Plaintiff's motion to appoint counsel,

ECF No. 131, is **DENIED**. Civil litigants have no right to counsel

absent exceptional circumstances, *see, e.g., German v. Broward Cty.*

*Sheriff's Office*, 315 F. App'x 773, 777 (11th Cir. 2009).

    **SO ORDERED on June 3, 2019.**

                    **s/Mark E. Walker**
                    **Chief United States District Judge**